```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,   )
                         )
     Plaintiff,          )    Civil Action No. 18-cv-977
                         )
vs.                      )
                         )    NOTICE OF APPEAL
JOSEPH N. HANNA,         )
      et al.,            )
                         )
     Defendants.         )
                         )
```

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Edward Thomas Kennedy, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from orders entered in this action on the 6th day of September, 2019, and the 9th day of September, 2019 to close the case.

*/s/ Edward Thomas Kennedy*

_____

Edward Thomas Kennedy, *Plaintiff*

800 Court St., Apt 223
Reading, PA 19601
Phone: (415) 275-1244.

*Plaintiff is self-represented.*

*Date: September 20, 2019.*