IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY, | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 18-0977 |
| | : | |
| JOSEPH N. HANNA, et al. | : | |
| *Defendants*. | : | |

**ORDER**

**AND NOW**, this 6th day of September, 2019, upon consideration of *Pro Se* Plaintiff Edward Thomas Kennedy's Amended Complaint (ECF No. 71) and the Court's Order dated September 3, 2019 (ECF No. 3), it is hereby **ORDERED** that pursuant to 28 U.S.C. § 1915(e)(2)(B) the Amended Complaint is **DISMISSED WITH PREJUDICE.**[1]

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.

---

[1] In his Amended Complaint Plaintiff simply repackages the same general conclusions unsupported by factual allegations that the Court found deficient in its September 3, 2019 Order. As a liberal reading of the Amended Complaint demonstrates that Plaintiff still fails to plausibly plead allegations that demonstrate an entitlement to relief, the Amended Complaint is dismissed with prejudice. Giving Plaintiff another opportunity to amend would be futile. *See Berkery v. Wissahickon School Dist. Bd. Of Directors*, 628 Fed. Appx. 109, 112 (3d Cir. 2015).