EDWARD THOMAS KENNEDY,
　　Appellant

v.

JOSEPH HANNA,
in his official and individual capacities Lehigh County Sheriff;
JOHN DOE 1,
in his official and individual capacities Lehigh County Deputy Sheriff;
JOHN DOE 2,
in his official and individual capacities Lehigh County Deputy Sheriff;
COUNTY OF LEHIGH;
PHILLIPS ARMSTRONG, in his official and individual capacities County of Lehigh Executive;
EDGARDO COLON, in his official and individual capacities Police Chief Upper Macungie Township Police Department;
TOWNSHIP OF UPPER MACUNGIE;
 ROBERT IBACH, in his official and individual capacities Township Manager/Operations Director;
STEPHEN J. MARSHALL,
in his official and individual capacities Sergeant Upper Macungie's Township Police Department