UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

EDWARD KENNEDY,                    )
                                  )     No:  19-3163
                      Plaintiff   )
                                  )
          v.                      )
                                  )
JOSEPH HANNA, et al               )
                                  )
                      Defendants  )

## **ENTRY OF APPEARANCES**

TO THE CLERK SAID COURT:

Kindly enter my appearance for the Defendants, ***Phillips Armstrong, County of Lehigh, Joseph Hanna, John Doe 1 and John Doe 2***, in the above case.

GROSS McGINLEY, LLP


By: _____
        SAMUEL E. COHEN, ESQUIRE
        ID No:  204617
        Attorneys for Defendants
        33 South 7th Street
        PO Box 4060
        Allentown, PA  18105-4060
        Phone:  (610) 820-5450
        Fax:     (610) 820-6006
Date:  October 8, 2019        E-Mail: scohen@grossmcginley.com

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| EDWARD KENNEDY, | ) | |
| | ) | No: 19-3163 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH HANNA, et al | ) | |
| | ) | |
| Defendants | ) | |

# **CERTIFICATE OF SERVICE**

SALLY A. MOLINA hereby certifies that she has electronically filed a true and correct document entitled *Entry of Appearances*, which is available for viewing and downloading from the Electronic Case Filing System (ECF), on October 8, 2019.

GROSS McGINLEY, LLP

BY:_____
SALLY A. MOLINA
Legal Administrative Assistant

00982324.DOCX