OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 9, 2019

David J. MacMain, Esq.
MacMain Law Group
433 West Market Street
Suite 200
West Chester, PA 19382

Tiffany Martin, Esq.
The MacMain Law Group
433 West Market Street
Suite 200
West Chester, PA 19382

RE: Edward Kennedy v. Joseph Hanna, et al
Case Number: 19-3163
District Court Case Number: 5-18-cv-00977

Dear Counsel:

**Effective December 15, 2008, the Court implemented the Electronic Case Files
System. Accordingly, attorneys are required to file all documents electronically.
See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at
www.ca3.uscourts.gov/forms.**

Pursuant to our docketing letter dated **09/23/2019**, you were requested to forward to this office
the following form(s) in the above-entitled case:

**Appearance Form**

As of this date, we have not received your form(s).

The above listed forms must be completed within fourteen days of the date of this letter. The forms are available at this court's website.

**If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Marianne
Legal Assistant
267-299-4911