# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No.** _____

_____ vs. _____

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

_____

Indicate the party's role IN THIS COURT (check **only** one):

\_\_\_\_ Petitioner(s)        \_\_\_\_ Appellant(s)        \_\_\_\_ Intervenor(s)

\_\_\_\_ Respondent(s)       \_\_\_\_ Appellee(s)         \_\_\_\_ Amicus Curiae

(Type or Print) Counse's Name _____

\_\_\_\_ Mr.    \_\_\_\_ Ms.    \_\_\_\_ Mrs.    \_\_\_\_ Miss    \_\_\_\_ Mx.

Firm _____

Address _____

City, State, Zip Code _____

Phone _____    Fax _____

**Primary E-Mail Address (required)** _____
**Additional E-Mail Address (1)** _____
**Additional E-Mail Address (2)** _____
**Additional E-Mail Address (3)** _____

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

## SIGNATURE OF COUNSEL: _____

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 5/7/2019

## CERTIFICATE OF SERVICE

I, David J. MacMain, Esquire, hereby certify that on this 7th day of June, 2018, the foregoing *Entry of Appearance* was filed electronically and is available for viewing and downloading from the United States Court of Appeals CM/ECF. The following party received notification of this filing via first class mail:

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
*Pro Se Plaintiff*

**THE MACMAIN LAW GROUP, LLC**

Dated: October 10, 2019          By:   */s/ David J. MacMain*
David J. MacMain
Attorney I.D. No. 59320
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants, Upper Macungie Township, Edgardo Colon, Sgt. Stephen Marshall and Robert Ibach*